**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ARIZONA**

Guoming Xue,

Petitioner,

v.

Eric Rokosky,

Respondent.

No. CV-26-07696-PHX-CKJ

**ORDER**

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.)

The Court ordered Respondent to show cause why the Petition should not be granted. (Doc. 3.) In the Sur-Reply, Respondent states: "The United States has reviewed Petitioner's reply brief, in which Petitioner's counsel supplies evidence and facts that he had failed to supply in his petition. The United States does not oppose a second bond hearing based on those facts." (Doc. 8.) The Court accepts this concession as non-opposition to granting the Petition in part and granting a bond hearing.

**IT IS ORDERED:**

(1) Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted in part** as described herein.

(2) Respondent must provide Petitioner a bond redetermination hearing within **seven days** or release Petitioner from custody. **When scheduling the hearing,**

**Respondent must send notification of the bond hearing to Attorney Andy Liu, at Andy.Liu@AptumLaw.us.**

(3) Respondent must provide a notice of compliance within **three days** of releasing Petitioner or providing Petitioner a bond hearing.

(4) Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 29th day of October, 2026.

Honorable Cindy K. Jorgenson
United States District Judge