IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

Guoming Xue,

Petitioner,

v.

Eric Rokosky,

Respondent.

NO. CV-26-07696-PHX-CKJ

JUDGMENT IN A CIVIL CASE

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed October 29, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted in part. Judgment is entered in favor of Petitioner, and this action is hereby closed.

Daniel R. McAllister
District Court Executive/Clerk of Court

October 29, 2026

By s/ E. Aragon
Deputy Clerk